```
_____ FILED
_____ LODGED
_____ RECEIVED

FEB 28 2011

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
_____ DEPUTY
```

THE HONORABLE PAUL B. SNYDER
CHAPTER 13
HEARING DATE: February 24, 2011
HEARING TIME: 1:00 P.M.
LOCATION: Tacoma, Washington

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:
Danny M Fields

)
) NO 10-45938
)
) ORDER DISMISSING CHAPTER 13 CASE
)
_____Debtors._____)

**THIS MATTER** having come on regularly for hearing before the Court by the Trustee's application for dismissal, due notice of hearing having been given to the Debtor(s) and the attorney for the Debtor(s); and the Court finding and concluding that the Debtor(s) failed on one or more particulars to comply with the provisions of Section 1322 of the Bankruptcy Code, IT IS HEREBY

**ORDERED, ADJUDGED and DECREED** that any funds being held by the Trustee shall be applied to the filing fee, attorney fees awarded to debtor's counsel, with any remaining balance returned to the Debtor(s); and it is further

**ORDERED, ADJUDGED and DECREED** that the above-captioned case be dismissed effective on the date of this Order and that the Trustee is directed to administratively close this case and issue Trustee's Final Report to creditors.

**DATED** this 28th day of February 2011.

_____
PAUL B. SNYDER
U.S. Bankruptcy Judge

Presented by:

/s/David M. Howe
DAVID M. HOWE, Chapter 13 Trustee

David M. Howe
Chapter 13 Trustee
1551 Broadway Ste 600
Tacoma, WA 98402
(253) 572-6600

Case 10-45938-PBS    Doc 13    Filed 02/27/11    Entered 02/27/11 07:52:57    Page 1 of 1